# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 20, 2023

Lyle W. Cayce
Clerk

No. 23-40180
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Alexis Perez-Lainez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:22-CR-1075-1

_____

Before Willett, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Carlos Alexis Perez-Lainez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez-Lainez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40180

reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.